McDonald WILLIAMS, Plaintiff–
Appellant,

v.

VANCE COUNTY JUDICIAL SYSTEM;
Robert H. Habgood; Kermit W. Ellis;
William W. Noel, III; Norman Thorp,
Defendants–Appellees.

No. 04–7232.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 4, 2004.

Decided: Nov. 10, 2004.

McDonald Williams, Appellant pro se.

Before WILKINSON, MOTZ, and
DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

McDonald Williams appeals the district
court's judgment summarily dismissing
without prejudice his complaint filed under
42 U.S.C. § 1983 (2000). The district
court properly noted that Williams was
seeking relief only available under 28
U.S.C. § 2254 (2000). The court further
properly noted Williams failed to seek au-
thorization from this court for such a peti-
tion. On appeal, Williams fails to chal-
lenge the district court's findings in this
regard. We have reviewed the record and
find the appeal frivolous. Accordingly, we
dismiss the appeal as frivolous. We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*